UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| ELWOOD THOMPSON, | ) | |
| | ) | CASE NO. C08-4102 MWB |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| JASON SMITH, LARRY CHAMBERS, | ) | |
| BOB STOUT, PSS HOPE PRENTICE, | ) | |
| PSS SAM FLINDERS, ERV WHITEHEAD, | ) | |
| CHEROKEE POLICE OFFICERS, | ) | |
| | ) | |
| Respondents. | ) | |
| . | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED THAT:

Judgment is entered in favor of the defendants. Petitioner take nothing and this action is dismissed with prejudice.

DATED: <u>May 19, 2009</u>

<u>Robert L. Phelps</u>
Clerk of Court

<u>S/src</u>
By: Deputy Clerk